# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00430-CV

---

**Gerald McMillan, Appellant**

**v.**

**Little City Investments, LLC, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-000396, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 26, 2019. On appellant's motion, the time for filing was extended to October 25, 2019. Appellant has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 9, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on November 7, 2019.

Before Chief Justice Rose, Justices Triana and Smith